THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDUARDO CORREA, Also Known as EDWARD CORREA, Appellant.—Appeal by defendant, as limited by his motion, from two sentences of the County Court, Suffolk County, both imposed January 8, 1980, upon his convic-

tions for criminal possession of a controlled substance in the fifth degree and assault in the first degree, upon pleas of guilty, the sentences being concurrent terms of imprisonment of 0 to 10 years and 5 to 15 years, respectively. Sentences modified, as a matter of discretion in the interest of justice, by reducing the sentence for assault in the first degree to a prison term of from 3⅓ to 10 years. As so modified, sentences affirmed. The sentence for assault in the first degree was excessive to the extent indicated. Rabin, J. P., Gulotta and Margett, JJ., concur; Cohalan, J., dissents and votes to affirm the sentences.